1042

No. 90–6223. WILLIAMS v. MILLER ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 90–295. TEMPLE v. SYNTHES CORP., LTD., *ante*, p. 5;
No. 90–430. SHELTON v. GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY, *ante*, p. 941;
No. 90–475. FALKNER ET UX. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, *ante*, p. 959;
No. 90–5380. EDWARDS v. UNITED STATES, *ante*, p. 969;
No. 90–5472. IN RE MAY, *ante*, p. 944;
No. 90–5574. DABISH v. CHRYSLER CORP., *ante*, p. 944;
No. 90–5580. CARVALHO v. PUBLIC EMPLOYEES FEDERATION ET AL., *ante*, p. 944;
No. 90–5585. JARALLAH v. PICKETT HOTEL CO., DBA PICKETT SUITE HOTEL, ET AL., *ante*, p. 945;
No. 90–5614. COOMBS v. N. L. CHEMICALS, INC., ET AL., *ante*, p. 945;
No. 90–5643. IN RE ALSTON, *ante*, p. 957;
No. 90–5660. WATTS v. CULLINANE ET AL., *ante*, p. 946;
No. 90–5695. WATKINS v. DEPARTMENT OF THE TREASURY ET AL., *ante*, p. 969;
No. 90–5703. AMODEO v. COLUMBIA BROADCASTING SYSTEM ET AL., *ante*, p. 960;
No. 90–5727. JONES v. MENDENHALL ET AL., *ante*, p. 969;
No. 90–5732. COX v. CARROLL, WARDEN, *ante*, p. 960;
No. 90–5760. STEPLER v. OHIO ADULT PAROLE AUTHORITY ET AL., *ante*, p. 970;
No. 90–5784. SCHLICHER v. DAVIES ET AL., *ante*, p. 970;
No. 90–5786. HIRSCH v. OREGON, *ante*, p. 949;
No. 90–5795. YOUNG v. UNITED STATES, *ante*, p. 961;
No. 90–5799. SEARCY v. HOUSTON LIGHTING & POWER CO. ET AL., *ante*, p. 970;
No. 90–5809. MCCOLPIN v. FOULSTON, *ante*, p. 971;
No. 90–5834. VAN LEEUWEN ET AL. v. MCCORKINDALE, CIRCUIT JUDGE, ARKANSAS, ET AL., *ante*, p. 987;
No. 90–5858. FORD v. UNITED STATES, *ante*, p. 961;
No. 90–5866. MARSHBURN v. RICHARDSON, *ante*, p. 987;
No. 90–5878. WEBER v. CALIFORNIA STATE BAR ET AL., *ante*, p. 971;
No. 90–5880. GANEY v. JOHNSON ET AL., *ante*, p. 988; and

No. 90–5885. SINDRAM v. MORAN ET AL., *ante*, p. 988. Petitions for rehearing denied.

No. 89–7502. ABBOTT v. CLAIBORNE PARISH SCHOOL BOARD, *ante*, p. 829;
No. 89–7534. MCRAE v. MARYLAND, *ante*, p. 830;
No. 89–7702. LIFFITON v. UNITED STATES, *ante*, p. 821;
No. 89–7839. THOMPSON v. CALIFORNIA, *ante*, p. 881;
No. 90–5015. GARY v. GEORGIA, *ante*, p. 881;
No. 90–5145. HEWLETT v. BEARD ET AL., *ante*, p. 863;
No. 90–5190. MYERS v. MARTINEZ, WARDEN, *ante*, p. 865;
No. 90–5250. BERMAN v. GRIFFITHS ET AL., *ante*, p. 868; and
No. 90–5279. GORDON v. BOWERS, *ante*, p. 869. Petitions for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.

No. 90–93. LANGENKAMP, SUCCESSOR TRUSTEE OF THE BANKRUPTCY ESTATES OF REPUBLIC TRUST & SAVINGS CO. ET AL. v. CULP ET AL., *ante*, p. 42. Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

JANUARY 10, 1991

No. 90–342. DESMIDT v. WISCONSIN. Sup. Ct. Wis. Certiorari dismissed under this Court's Rule 46.

JANUARY 14, 1991

No. 90–142. DUNKEL v. UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cheek* v. *United States, ante*, p. 192.

No. A–474. WILLIAMS v. FAUCETT ET AL. Sup. Ct. Ala. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–516. HUGHES v. WASHINGTON POST CO. Application for further stay of mandate of the United States Court of Appeals